AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____\*\*\*\*\*_____DISTRICT OF __NEVADA_____

RALPH STEPHEN COPPOLA,

              Plaintiff,

   V.

SECOND JUDICIAL DISTRICT
COURT, et al.,

           Defendant.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER:  3:16-cv-00397-RCJ-WGC

___ **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Complaint is **DISMISSED** with prejudice.

   September 14, 2016                    **LANCE S. WILSON**
                                        Clerk

                             /s/ D. R. Morgan_____
                                   Deputy Clerk